Virgil A. Iler, S.B. # 158460
virgil@ilerlaw.com
Brooks L. Iler, S.B.# 99020
brooks@ilerlaw.com
ILER & ILER, LLP
16466 Bernardo Center Drive, Suite 281
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, JENNIFER MURDOCH

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER MURDOCH,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**METROPOLITAN LIFE INSURANCE COMPANY,**<br><br>        Defendant. | CASE NO. '22CV1619 BEN MDD<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

Plaintiff JENNIFER MURDOCH, alleges as follows:

1.  At all times relevant herein, Plaintiff, JENNIFER MURDOCH, was an individual residing in San Diego County, California.

2.  On or about March 27, 2017, plaintiff became employed by Crawford and Company, as a Senior Case Manager.

3.  Crawford and Company, sponsored a group disability plan known as

the Crawford and Company, Employee Benefit Plan, (hereinafter called the "PLAN"), which was administered and underwritten by defendant, METROPOLITAN LIFE INSURANCE COMPANY (hereinafter called "MetLife").

4. Defendant, MetLife, is a corporation licensed to sell insurance and doing business as an insurer in the State of California, with a principal place of business in the State of New York.

5. The employer-sponsored group disability plan and the claim at issue in this action are governed by the ***Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.***

6. On or about October 10, 2019, plaintiff became disabled within the definition of the disability benefit plan, and soon thereafter, and in a timely fashion, she made a claim for benefits under said plan to defendant MetLife.

7. Plaintiff initially received disability benefits but, on or about March 23, 2022, plaintiff's claim for disability benefits was denied, with an effective date of April 8, 2022. Plaintiff remains disabled as defined by the plan to this date and continues to be eligible for long term disability benefits and waiver of life insurance premium under the plan.

8. Plaintiff made a timely administrative appeal of the denial; the administrative appeal was denied in a letter dated July 14, 2022, thereby exhausting the Plan's administrative appeal process.

**WHEREFORE**, plaintiff prays judgment from the Court as follows:

1. Declaring that plaintiff is covered for past and ongoing disability benefits under the Plan and for waiver of the life insurance premium;

2. For past-due benefits in the amount of approximately $3,599.23 per month through the date of filing, and additional benefits accumulating at the same

monthly rate, less applicable offsets;

      3.    For interest on past due benefits;

      4.    For reasonable attorney's fees;

      5.    For costs of suit herein;

      6.    For such other relief as the court deems proper.

Dated: 10/18/22                    ILER & ILER, LLP

                                       By:    *s/ Virgil A. Iler*
                                                     Virgil A. Iler
                                                     Attorneys for Plaintiff,
                                                     JENNIFER MURDOCH